# SHENANDOAH VALLEY BROADCASTING, INC., ET AL. v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS.

No. 592. Decided January 14, 1963.

*Ralstone R. Irvine* and *Walter R. Mansfield* for appellants.

*Arthur H. Dean, William Piel, Jr., Herman Finkelstein* and *Lloyd N. Cutler* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.